UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Mario Jackson
                                                  Plaintiff,

v.                                                        Case No.: 1:16−cv−06837
                                                                        Honorable John Robert Blakey

Union Pacific Railroad Company
                                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 25, 2017:

      MINUTE entry before the Honorable M. David Weisman: Settlement conference held. The parties have reached an agreement and placed the settlement terms on record. Parties are directed to exchange formal settlement documents. The transcript from the settlement hearing is placed under seal, and will not be unsealed absent a showing of good cause. Status hearing set for 12/21/17 at 9:15 a.m. If a stipulation of dismissal is filed prior to that date, the status hearing will be stricken and no appearance will be necessary. The Court thanks counsel for their professionalism and reasonableness in resolving this matter. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.