UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MARIO JACKSON, | ) | Civil No. 1:16-cv-06837 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION FOR** |
| v. | ) | **DISMISSAL** |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) | |
| a Delaware Corporation | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION FOR DISMISSAL**

Plaintiff, Mario Jackson and Defendant, Union Pacific Railroad Company by their attorneys, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate to the dismissal of Plaintiff's Complaint in its entirety, with prejudice, with each side to bear his or its own costs and attorneys fees.


Dated: December 20, 2017        /s/John S. Bishof
                                John S. Bishof
                                Law Office of John S. Bishof
                                101 N. Wacker Drive, Suite 200
                                Chicago, IL 60606
                                Telephone: (312) 630-2048
                                Email: jsbishof@jsblegal.com

                                Louis E. Jungbauer
                                Yaeger & Jungbauer Barristers, PLC
                                4601 Weston Woods Way
                                Saint Paul, MN 55127
                                Telephone: (651) 288-9506
                                Fax: (651) 288-0227
                                Email: ljungbauer@yjblaw.com
                                **ATTORNEYS FOR PLAINTIFF**

                                And

        */s/ Tanya E. Springman*
        Tanya E. Springman, #6275713
        Brody E. Dawson, #6299617
        Union Pacific Railroad Company
        101 North Wacker Drive
        Room 1920
        Chicago, IL 60606
        Telephone: (312) 777-2057
        Fax: (877) 213-4433
        tespring@up.com
        bedawson@up.com
        **ATTORNEYS FOR DEFENDANT**